KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Michael D. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL D. WILSON,<br><br>        Defendant. | Case No.  1:13-cr-00293 AWI BAM<br><br>STIPULATION AND ORDER RE:<br>CONTINUANCE OF SENTENCING DATE |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the parties are in discussions regarding issues that could affect the viability of the defendant's guilty plea and the stipulations pertaining to sentencing; and

WHEREAS counsel for the United States was only recently assigned to this matter and is still in the process of familiarizing himself with the many sentencing issues; and

WHEREAS the next available day on which the Court and counsel for the United States and the defendant are available for a contested sentencing hearing is April 20, 2015; and

WHEREAS this continuance is in the interest of justice, in order to enable the parties to attempt to resolve disputed issues.

THE PARTIES HEREBY STIPULATE that the sentencing hearing scheduled for March 4, 2015, be continued to and until April 20, 2015 at 1:30 p.m.

_____
STIPULATION AND PROPOSED ORDER

IT IS SO STIPULATED.

Date: February 23, 2015          /s/ Kevin G. Little
                                 Kevin G. Little
                                 Attorney for Defendant
                                 Michael D. Wilson


Date: February 23, 2015          /s/ Brian Enos
                                 Benjamin B. Wagner
                                 United States Attorney
                                 Brian Enos
                                 Assistant U.S. Attorney
                                 On Behalf of the United States of America

IT IS SO ORDERED.

Dated:  February 23, 2015        _____
                                 SENIOR DISTRICT JUDGE