KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Michael D. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>MICHAEL D. WILSON,<br><br>                              Defendant. | Case No. 1:13-cr-00293-AWI-BAM<br><br>STIPULATION AND ORDER RE: POSTPONEMENT OF SENTENCING AND SETTING OF MOTION HEARING AND STATUS CONFERENCE DATE |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is a sentencing hearing scheduled in this case on April 27 2015 at 1:30 p.m., and

WHEREAS the parties are in general agreement that important issues need to be addressed by the Court, including whether the defendant shall be permitted to withdraw his guilty plea, prior to sentencing; and

WHEREAS counsel for the defendant anticipates filing a motion to withdraw the defendant's plea within the next 30 days and counsel for the United States will be able to file a response to said motion on or before June 12, 2015; and

WHEREAS the Court and counsel for the United States and the defendant are all available for a status conference and motion hearing on June 29, 2015; and

WHEREAS this proposed status conference/motion hearing is in the interest of justice, in order to enable the parties to present important issues to the Court before sentencing.

THE PARTIES HEREBY STIPULATE that the April 27, 2015 sentencing hearing in this case shall be postponed until further notice. The next hearing will be scheduled for June 29, 2015 at 1:30 p.m. The June 29, 2015 hearing will be a status hearing and a hearing on the anticipated motion to withdraw the defendant's guilty plea. Any motion to withdraw the defendant's guilty plea shall be filed on or before May 22, 2015, and any opposition shall be filed on or before June 12, 2015. Any reply brief shall be filed on or before June 19, 2015.

IT IS SO STIPULATED.

Date: April 15, 2015   /s/ Kevin G. Little
Kevin G. Little
Attorney for Defendant
Michael D. Wilson

Date: April 15, 2015   /s/ Brian Enos
Benjamin B. Wagner
United States Attorney
Brian Enos
Assistant U.S. Attorney
On Behalf of the United States of America

IT IS SO ORDERED.

Dated:   April 15, 2015

SENIOR DISTRICT JUDGE