KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Michael D. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. WILSON,<br><br>    Defendant. | Case No. 1:13-cr-00293-AWI-BAM<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF HEARING ON MOTION TO WITHDRAW PLEA AND STATUS CONFERENCE |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is a motion hearing and status conference scheduled in this case on June 29, 2015 at 1:30 p.m.; and

WHEREAS counsel for the defendant will commence an evidentiary hearing in Modesto, California before the Equal Employment Opportunity Commission on June 22, 2015, and that hearing is scheduled to last eight court days, until July 1, 2015; and

WHEREAS the next mutually available date for counsel is July 27, 2015,

THE PARTIES HEREBY STIPULATE that the June 29, 2015 motion hearing and status conference in this case may be continued to July 27, 2015 at 1:30 p.m.

///

///

_____

IT IS SO STIPULATED.

Date:  June 22, 2015          /s/ Kevin G. Little
                              Kevin G. Little
                              Attorney for Defendant
                              Michael D. Wilson


Date:  June 22, 2015          /s/ Brian Enos
                              Benjamin B. Wagner
                              United States Attorney
                              Brian Enos
                              Assistant U.S. Attorney
                              On Behalf of the United States of America


IT IS SO ORDERED.

Dated:  June 22, 2015         _____
                              SENIOR
DISTRICT JUDGE