BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL DAVID WILSON,<br><br>               Defendant. | Case No: 1:13-cr-00293-AWI-BAM<br><br>**STIPULATION BETWEEN THE PARTIES (1) PURSUANT TO JULY 27, 2015 HEARING ON DEFENDANT'S MOTION TO WITHDRAW PLEA, AND (2) IN ADVANCE OF SEPTEMBER 8, 2015 SENTENCING HEARING; ORDER**<br><br>Date:    September 8, 2015<br>Time:   1:30 p.m.<br>Ctrm:   2<br><br>Hon. Anthony W. Ishii |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, to the following matter (1) pursuant to the July 27, 2015 hearing on defendant's motion to withdraw his guilty plea[1] [Doc. 42], and (2) in advance of this matter's September 8, 2015 sentencing hearing:

    1.   <u>Stipulated Modification to Plea Agreement</u>

---

[1] On August 27, 2014, defendant pleaded guilty in open court to the single count charged in the indictment filed on July 25, 2013. [Docs. 1 and 16]. The parties likewise filed their fully executed plea agreement on August 27, 2014, shortly after the hearing on defendant's change of plea. [Doc. 17]

1

a.   The parties agree that the plea agreement in this case, filed on August 27, 2014 [Doc. 17], will be modified in one substantive respect.  Specifically, wherein the plea agreement originally allowed defendant to argue before the court for a sentence down to 96 months at the sentencing hearing (see paras. 3(i) and 3(l)), defendant can now argue for a sentence down to 60 months.  As a result, the parties agree that the references to "96" in paragraphs 3(i) and 3(l) of the plea agreement will be changed to "60".  The plea agreement shall remain the same in all other respects.

Dated: August 25, 2015                    By: /s/ Kevin G. Little
                                          Kevin G. Little
                                          Attorney for Defendant
                                          MICHAEL DAVID WILSON

Dated: August 24, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Brian W. Enos
                                          Brian W. Enos
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   August 25, 2015                  _____
                                          SENIOR  DISTRICT  JUDGE