KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Michael D. Wilson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL D. WILSON,

    Defendant.

Case No. 1:13-cr-00293-AWI-BAM

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is a sentencing hearing scheduled in this case on September 8, 2015 at 1:30 p.m.; and

WHEREAS the defendant has in-patient treatment for his Crohn's disease that conflicts with the sentencing date and which would be exceedingly difficult to reschedule; and

WHEREAS the next mutually available date for counsel is October 13, 2015,

THE PARTIES HEREBY STIPULATE that the sentencing hearing may be rescheduled from its current date to October 13, 2015 at 1:30 p.m.

///

///

///

_____
STIPULATION AND ORDER

1  IT IS SO STIPULATED.

2

3  Date: September 3, 2015                      /s/ Kevin G. Little
                                                Kevin G. Little
4                                               Attorney for Defendant
                                                Michael D. Wilson
5

6
   Date: September 3, 2015                      /s/ Brian Enos
7                                               Benjamin B. Wagner
                                                United States Attorney
8                                               Brian Enos
                                                Assistant U.S. Attorney
9                                               On Behalf of the United States of America

10

11
12
IT IS SO ORDERED.

Dated:   September 3, 2015                      _____
                                                SENIOR DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 _____
   STIPULATION AND ORDER                        -2-