KEVIN G. LITTLE, SBN 149818
Attorney at law
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Michael D. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00293-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING HEARING |
| v. | |
| MICHAEL D. WILSON, | |
| Defendant. | |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is a sentencing hearing scheduled in this case on October 13, 2015 at 1:30 p.m.; and

WHEREAS recent communications between the parties have made it clear that there are disputes necessitating that a defense expert engage in one more review of the forensic evidence in this case prior to sentencing and in a manner compliant with the Adam Walsh Act; and

WHEREAS scheduling issues have prevented this further review from occurring to date.

THE PARTIES HEREBY STIPULATE that the sentencing hearing may be rescheduled from its current date to November 9, 2015 at 1:30 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Date: | October 9, 2015 | /s/ Kevin G. Little<br>Kevin G. Little<br>Attorney for Defendant<br>Michael D. Wilson |
| Date: | October 9, 2015 | /s/ Brian Enos<br>Benjamin B. Wagner<br>United States Attorney<br>Brian Enos<br>Assistant U.S. Attorney<br>On Behalf of the United States of America |

IT IS SO ORDERED.

Dated:   October 9, 2015                               _____
                                                                         SENIOR  DISTRICT  JUDGE